FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RICHLAND LUTHERAN CHURCH, a Washington nonprofit corporation,
Plaintiff,
v.
CHURCH MUTUAL INSURANCE COMPANY, S.I., a foreign corporation,
Defendant.

No. 4:25-CV-05006-SAB

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 11. Plaintiff is represented by Katherine S. Wan and Franklin D. Cordell. Defendant has not filed a notice of appearance.

Plaintiff requests the Court dismiss the above-captioned matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), indicating that Defendant has not filed a notice of appearance or other responsive pleading. The Court finds good cause to grant the request and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED without prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 2nd day of September 2026.

Stan Bastian
Chief United States District Judge